

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00735-CR

Gilbert Javier **ROMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 414175
Honorable Wayne A. Christian, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 13, 2013.

_____
Luz Elena D. Chapa, Justice